*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  September 22, 2016                    522256
_____

In the Matter of MICHAEL
    JORGENSEN,
                         Petitioner,

        v
                                              MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                         Respondent.
_____

Calendar Date:   August 8, 2016

Before:  McCarthy, J.P., Egan Jr., Devine, Clark and Aarons, JJ.

                         _____

        Michael Jorgensen, Pine City, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                         _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent finding petitioner guilty of
violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Devine, Clark and Aarons, JJ.,
concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court